## Case No. 5,137.
### FROST v. UNITED STATES.

## Case No. 5,138.
### FRY v. COOK et al.
[See 14 Fed. 424.]

## Case No. 5,139.
### FRY v. GRIGG.
[1 Wkly. Notes Cas. 73.]

Circuit Court, E. D. Pennsylvania. Nov. 11, 1874.

LONGYEAR, District Judge. I fully concur in and approve of the foregoing views and conclusions of the register.

Mr. Miller and Geo. W. Biddle, for demurrer.

Mr. Sellers (with whom was Mr. Diehl), contra,

THE COURT (CADWALADER, District Judge) entered judgment for defendant on the demurrer; being of opinion that, though the allegation that plaintiff and his wife "ceased to live together" was probably sufficient, as the instrument sued on seemed to define that as a "ceasing of the conjugal relation" by the words "as aforesaid," yet the demurrer must be sustained for the first reason assigned, the two obligations (viz., to pay the annuity and to pay the $50,000) being entirely distinct; and. even if they could be connected, the effect would only be to render both void.